Center for Disability Access
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Ace Brunk;** <br><br> Defendants | Case No.: 2:14-cv-01277-MCE-EFB <br><br> **Order Regarding Joint Stipulation** |

Having read the Joint Stipulation and good cause showing, the deadline to file the motion for attorney's fees and costs shall be continued until June 28, 2019 to allow the parties to attempt to resolve the issue.

**IT IS SO ORDERED.**

**Dated: June 13, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE