# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-01277-MCE-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | |
| **Ace Brunk**, | Date: 6/17/20 |
| Defendants. | Time: 9:30 AM |
| | Courtroom: 8 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Ace Brunk is continued from 3/11/20 to 6/17/20 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: March 9, 2020

Hon. Edmund F Brennan
US MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam