UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>  Plaintiff, <br><br> v. <br><br> **Ace Brunk**, <br><br>  Defendants. | Case No.: 2:14-cv-01277-MCE-EFB <br><br> [~~PROPOSED~~] **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** <br><br> Date:        9/16/20 <br> Time:       9:30 AM <br> Courtroom:   8 |

### ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Ace Brunk is continued from 6/17/20 to 9/16/20 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated  June 12, 2020

_____
Hon. Edmund F Brennan
US MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam              -1-