UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>        Plaintiff, <br><br>        v. <br><br> **Ace Brunk**, <br><br>        Defendants. | Case No.: 2:14-cv-01277-MCE-EFB <br><br> [~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR EXAMINATION <br><br> Date:         9/16/20 <br> Time:         9:30 AM <br> Courtroom:   8 |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Ace Brunk Scheduled for 9/16/20 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814, is vacated.

IT IS SO ORDERED.

Dated: September 15, 2020.

_____
Hon. Edmund F Brennan
US MAGISTRATE JUDGE

(~~Proposed~~) Order on request to continue Debtor Exam